No. 5897.

## STATE OF LOUISIANA EX REL. P. A. SIMMONS ET AL. VS. J. F. DE VARGAS ET AL.

In this suit under the intrusion-into-office act for the offices of mayor and councilmen of Natchitoches, the defendants excepted to the jurisdiction of the court and to the improper joinder of parties, etc.

The plea to the jurisdiction should have been maintained as to the suit against the councilmen. There is no pay attached to said office, and nothing to show that the amount in dispute as to said office exceeds five hundred dollars.

It is, however, different as to the office of mayor. It is alleged and proved that the term of office in dispute is eighteen months and the salary is four hundred dollars per annum, making the amount in dispute six hundred dollars. This court therefore has jurisdiction as to that portion of the issue.

APPEAL from the Twelfth Judicial District Court, parish of Winn. *Taliaferro, J.* Jury trial. *D. B. Gorham,* District Attorney. *J. M. B. Tucker,* for plaintiffs and appellants. *Jack & Pierson, S. M. Brian,* for defendants and appellees.

LUDELING, C. J. This is a suit under the intrusion-into-office act for the offices of mayor and councilmen of Natchitoches.

The defendants excepted to the jurisdiction of the court and to the improper joinder of parties, etc.

We think the plea to the jurisdiction of the lower court should have been maintained as to the suit against the councilmen. There is no pay attached to said office, and nothing to show that the amount in dispute as to said office exceeds five hundred dollars. It is, however, different as to the office of mayor. The allegation and proof is that the term of office in dispute is eighteen months and the salary is four hundred dollars per annum, making the amount in dispute six hundred dollars. On the merits, the proof shows that the relator, Simmons, is entitled to the office of mayor of Natchitoches.

It is therefore ordered, adjudged, and decreed that the verdict of the

jury be set aside, that the judgment of the district court be reversed, and that there be judgment dismissing the demand of the State and the relators for the offices of councilmen, with costs of the lower court; and that there be judgment in favor of the State and relator, Simmons, decreeing him to be entitled to the office of mayor of the city of Natchitoches, and for costs in both courts.

Rehearing refused.